**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

COMMUNITY HOME HEALTH CARE LLC

NOORA ABD, A/K/A/ "UM MOHAMMED"

FAYSAL KALAYAF MANAHE, A/K/A "ABU AZIZ"

ADEL AL RASHID, A/K/A "ABU AYMAN"

SURA ALMOHAMMED, A/K/A "UM AYMAN"

ETHAR ALYASEEN, and

MOHAMMED ALKHALAF, A/K/A "ABU STAYF"

No. 1:26-cr-00114-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

OCT 22 2026

JENNIFER P. LYONS, CLERK

BY____________________
DEPUTY CLERK

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendants, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendants' arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendants' arrest.

Dated: October 22, 2026

ANDREW B. BENSON
UNITED STATES ATTORNEY

Nicholas M. Scott
Sarah A. Kiewlicz
Assistant United States Attorneys
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.Scott@usdoj.gov
Sarah.Kiewlicz2@usdoj.gov

Granted.

10/22/2026