1:26-cr-00114-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
OCT 22 2026
JENNIFER P. LYONS, CLERK
BY
DEPUTY CLERK

# Indictment Synopsis

***United States v. Community Home Health Care LLC, et al.***

| | |
|---|---|
| **Name:** | Noora Abd, a/k/a "Um Mohammed" |
| **Address: (City & State Only)** | Biddeford, ME |
| **Year of Birth and Age:** | 1989, 37 years old |
| **Violations:** | Count 1: Healthcare Fraud Conspiracy, in violation of Title 18, United States Code, Sections 1349 and 1347.<br><br>This is a class C felony per Title 18 U.S. Code Section 3559(a)(3).<br><br>Count 3: Obstructing a Health Care Crime Investigation, in violation of Title 18, United States Code, Sections 1518 and 2.<br><br>This is a class D felony. Title 18 U.S. Code Section 3559(a)(4). |
| **Penalties:** | Count 1: Maximum term of 10 years imprisonment (Title 18 U.S. Code Sections 1349 and 1347) and a maximum fine is $250,000 or not more than the greater of twice the gross gain or twice the gross loss (Title 18 U.S. Code Section 3571).<br><br>Count 3: Maximum term of 5 years imprisonment (18 U.S. Code Section 1518) and a maximum fine of $250,000. |
| **Supervised Release:** | Counts 1 and 3:. Maximum term of 3 years of supervised release. Title 18 U.S. Code § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 3: Not more than two years. Title 18 U.S. Code § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 and 3: Not more than three years. Title 18 U.S. Code § 3583(h). |
| **Defendant's Attorney:** | Michael Conley, Esq. and Kristine Hanly, Esq. |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Craig Mehrmann |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Nicholas Scott and Sarah Kiewlicz |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | Count 1: $100. |