1:26-cr-00114-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

OCT 22 2026

JENNIFER P. LYONS, CLERK
BY ____________
DEPUTY CLERK

# Indictment Synopsis

## *United States v. Community Home Health Care LLC, et al.*

| | |
|---|---|
| **Name:** | Ethar Alyaseen |
| **Address:**<br>**(City & State Only)** | Augusta, Maine |
| **Year of Birth and Age:** | 1980, 46 years old |
| **Violations:** | Count 1: Healthcare Fraud Conspiracy, in violation of Title 18, United States Code, Sections 1349 and 1347.<br><br>This is a class C felony per Title 18 U.S. Code Section 3559(a)(3). |
| **Penalties:** | Count 1: Maximum term of 10 years imprisonment (Title 18 U.S. Code Sections 1349 and 1347) and a maximum fine is $250,000 or not more than the greater of twice the gross gain or twice the gross loss (Title 18 U.S. Code Section 3571). |
| **Supervised Release:** | Count 1:. Maximum term of 3 years of supervised release. Title 18 U.S. Code § 3583. |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years. Title 18 U.S. Code § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than three years. Title 18 U.S. Code § 3583(h). |
| **Defendant's Attorney:** | John Goodman, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Craig Mehrmann |
| **Detention Status:** | Arrest warrant to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Nicholas Scott and Sarah Kiewlicz |

| | |
|---|---|
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | Count 1: $100. |