**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

OCT 22 2026

JENNIFER P. LYONS, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

ADEL AL RASHID, A/K/A "ABU AYMAN"

No. 1:26-cr-00114-JAW

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: October 22, 2026

ANDREW B. BENSON
UNITED STATES ATTORNEY

Nicholas M. Scott
Sarah A. Kiewlicz
Assistant United States Attorneys
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.Scott@usdoj.gov
Sarah.Kiewlicz2@usdoj.gov

Granted 10/22/26