AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maine

United States of America
v.

ADEL AL RASHID
a/k/a
ABU AYMAN

*Defendant*

Case No. 1:26-cr-00114-JAW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ADEL AL RASHID a/k/a ABU AYMAN , who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Count 1: HEALTHCARE FRAUD CONSPIRACY; 18:1349 AND 1347

Date and time issued: 3:28 pm, Oct 22 2026

*Clerk of Court Signature*

City and state: PORTLAND, MAINE

Jennifer Lyons, Clerk of Court

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MAINE

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________ at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*