**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ETHAR ALYASEEN | No: 1:26-cr-00114-JAW |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ____ Crime of violence

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    ______________________________________________

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

        _X_ Defendant's appearance as required

____ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

   ____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e)(3) involving: drugs, firearms, terrorism, labor or sex trafficking, a minor victim, or conduct outside of the United States.

   ____ Previous conviction for "eligible" offense committed while on release pending trial.

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

5. Length of Detention Hearing. The United States will require one hour or less to present its case for detention.

Date: October 27, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

By: */s/ Nicholas M. Scott*
Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Nicholas.Scott@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

ANDREW B. BENSON
United States Attorney

By: *<u>/s/ Nicholas M. Scott</u>*
Nicholas M. Scott
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Nicholas.Scott@usdoj.gov