UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00114-JAW |
| | ) | |
| ADEL AL RASHID | ) | |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Adel Al Rashid

I certify that I am admitted to practice in this Court.

Date: October 27, 2026

/s/Matthew D. Morgan
MATTHEW D. MORGAN
McKee Morgan, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
*mmorgan@mckeemorgan.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00114-JAW |
| | ) | |
| ADEL AL RASHID | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the above Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Nicholas Heimbach, AUSA, United States Attorney's Office.

Date: October 27, 2026

/s/ Matthew D. Morgan
MATTHEW D. MORGAN
McKee Morgan, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
*mmorgan@mckeemorgan.com*