UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket No. 1:26-cr-00114-JAW |
| | ) | |
| | ) | |
| COMMUNITY HOME HEALTH | ) | |
| CARE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ENTRY OF APPEARANCE**

Please enter my appearance as counsel for Defendant Faysal Kalayaf Manahe in the above-captioned matter.

Dated at Portland, Maine this 27th day of October, 2026.

*_/s/ Thomas S. Marjerison_*
Attorney for Defendant Faysal Kalayaf Manahe

NORMAN, HANSON & DeTROY, LLC
220 Middle Street
P.O. Box 4600
Portland, Maine 04112
(207) 774-7000
tmarjerison@nhdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I submitted the filing of the foregoing notice of appearance with the Clerk of Court, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system.

*/s/ Thomas S. Marjerison*
Attorney for Defendant Faysal Kalayaf Manahe

NORMAN, HANSON & DeTROY, LLC
220 Middle Street
P.O. Box 4600
Portland, Maine 04112
(207) 774-7000
tmarjerison@nhdlaw.com