UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:26-cr-00114-JAW-6 |
| | ) | |
| | ) | |
| ETHAR ALYASEEN | ) | |

**RECEIPT FOR SURRENDER OF PASSPORT**

I hereby acknowledge receipt of Passport # 644878466 issued by United States of America, in the name of Ethar Hameed Kadhim Alyaseen, surrendered to the Clerk, U.S. District Court, District of Maine, as a condition of release in the above-entitled case.

Date: October 27, 2026

By: /s/Jennifer G. Driscoll
Deputy Clerk

---

**RECEIPT FOR RETURN OF PASSPORT (Defendant)**

I hereby acknowledge receipt of my Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: ________________ By: ______________________
Signature of Defendant or Defense Counsel

---

**RECEIPT FOR RETURN OF PASSPORT (Probation)**

I hereby acknowledge receipt of the defendant's Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: ________________ By: ______________________
Signature of Probation Office Representative