UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Faysal Kalayaf Manahe

DOCKET NO: 1:26-cr-114-JAW-2

PROCEEDING TYPE: Detention Hearing

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | A | | Verification of local national background check and employment screening – Titan Employee Faysal Manahe | 10/27/26 | 10/27/26 | | 10/27/26 |
| | B | | Interpreter Release Recommendation from Department of the Army | 10/27/26 | 10/27/26 | | 10/27/26 |
| | C | | Verification of local national background check and employment screening – Titan Employee Faysal Manahe | 10/27/26 | 10/27/26 | | 10/27/26 |
| | D | | Letter of Recommendation from 8th Motorized Transportation Regiment | 10/27/26 | 10/27/26 | | 10/27/26 |
| | E | | Certificate of Appreciation from Headquarters 2nd Battalion 22nd Infantry | 10/27/26 | 10/27/26 | | 10/27/26 |
| | F | | Letter of Recommendation from Department of the Army | 10/27/26 | 10/27/26 | | 10/27/26 |
| | G | | Certificate of Appreciation from JRTC Fort Polk Louisiana (July 2009) | 10/27/26 | 10/27/26 | | 10/27/26 |
| | H | | Certificate of Appreciation from JRTC Fort Polk Louisiana (June 2009) | 10/27/26 | 10/27/26 | | 10/27/26 |
| | I | | Certificate of Appreciation from 2nd Battalion 23rd Infantry (June 2009) | 10/27/26 | 10/27/26 | | 10/27/26 |
| | J | | Certificate of Appreciation from 2nd Battalion 23rd Infantry (June 2009) | 10/27/26 | 10/27/26 | | 10/27/26 |
| | K | | Certificate of Appreciation in Support of Operation Iraqi Freedom 06-08 | 10/27/26 | 10/27/26 | | 10/27/26 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |