AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

'26OCT22 4:15PM

for the

District of Maine

United States of America
v.

MOHAMMED ALKHALAF
a/k/a
ABU STAYF

*Defendant*

Case No. 1:26-cr-00114-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

OCT 27 2026

JENNIFER P. LYONS, CLERK

BY________________
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MOHAMMED ALKHALAF a/k/a ABU STAYF, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: HEALTHCARE FRAUD CONSPIRACY; 18:1349 AND 1347
Count 2: FALSE STATEMENTS; 18:1001

**Date and time issued:** 3:32 pm, Oct 22 2026

Jennifer P. Lyons
*Clerk of Court Signature*

**City and state:** PORTLAND, MAINE

**Jennifer Lyons, Clerk of Court**
*Printed name and title*

Da

Ci

### Return

This warrant was received on *(date)* 10/22/2026, and the person was arrested on *(date)* 10/27/2026 at *(city and state)* Augusta, Maine.

Date: 10/27/2026

Emma T. Dugas
*Arresting officer's signature*

SA EMMA DUGAS
*Printed name and title*