UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00114-JAW |
| | ) | |
| COMMUNITY HOME HEALTH CARE LLC, et al. | ) | |
| | ) | |

AMENDED PROCEDURAL ORDER

The Court hereby ORDERS the parties to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

The defendant shall file all pretrial motions not later than November 10, 2026. Any responses and replies are to be filed in accordance with Local Rule 147.

The parties shall disclose any expert witnesses not later than 20 days prior to trial.

The trial in this matter is hereby scheduled to commence before Judge Woodcock on December 3, 2026.

/s/ John C. Nivison
U. S. Magistrate Judge

Dated: October 28, 2026