UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00114-JAW |
| | ) | |
| ADEL AL RASHID | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Counsel for Defendant, Adel Al Rashid, and hereby moves for permission to withdraw in this matter. Attorney Matthew Morgan, a partner at our firm, entered his appearance on behalf of Defendant on October 27, 2026 (ECF No. 35).

Attorney Morgan will be handling Defendant's case going forward and Counsel respectfully requests to be allowed to withdraw as such.

Date: October 28, 2026

*/s/ Walter F. McKee*
WALTER F. MCKEE
McKee Morgan, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
*wmckee@mckeemorgan.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cr-00114-JAW |
| | ) | |
| ADEL AL RASHID | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the above Motion to Withdraw as Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Raphaelle Silver, AUSA, United States Attorney's Office.

Date: October 28, 2026

*/s/ Walter F. McKee*

WALTER F. MCKEE
McKee Morgan, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
*wmckee@mckeemorgan.com*