UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED ALKHALAF, | DOCKET NO. 1:26-cr-00114-JAW |

## DEFENDANT'S MOTION TO JOIN ECF NO. 115 AND PROPOSED SCHEDULE

Defendant Mohammed Alkhalaf joins the reasons and requested relief in Attorneys Conley and Hanly's status report (ECF No. 115), including the full proposed schedule through jury selection and trial. He asks the Court to reset the deadlines in ECF No. 102, proposed as follows:

Within 3 days after entry of a protective order: Government begins production.

November 25, 2026: Government substantially completes production.

December 7, 2026: Government expert and Rule 404(b) disclosures.

December 14, 2026: Parties notify the Court whether they anticipate pretrial motions.

December 18, 2026: Defense expert disclosures.

December 21, 2026: Pretrial motions.

December 28, 2026: Motions in limine, trial briefs, and proposed jury instructions.

January 4, 2027: Jury selection.

This schedule assumes substantial production by November 25, 2026. If that date cannot be met, the Court will be advised promptly. If pretrial motions cannot be briefed and resolved before January 4, 2027, the parties will confer and jointly propose a revised trial date, as provided in ECF No. 115.

Dated: November 19, 2026

Respectfully submitted,
*/s/ Stephen C. Smith*
Stephen C. Smith, Esq., Bar No. 8720
STEVE SMITH TRIAL LAWYERS
191 Water Street
Augusta, ME 04330
(207) 622-3711
info@AmericanTrialGroup.com
Counsel for Mohammed Alkhalaf

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Stephen C. Smith*
Stephen C. Smith, Esq.
Counsel for Mohammed Alkhalaf